# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ANTONIO BATTLE, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-4 |
| | * | |
| v. | * | |
| | * | |
| WAYCROSS DIVISION, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's February 16, 2016, Report and Recommendation, dkt. no. 4, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court and Plaintiff's Objections, dkt. nos. 5 & 8, are **OVERRULED**. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma* pauperis as any such appeal would lack good faith.

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___29___ day of ___March___, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA